UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, New Jersey 07928
Telephone: 973-635-3366
Facsimile: 973-635-0855
Attorneys for Defendant Francis Impeciati

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | Crim. No. 07-625 (SRC) |
| FRANCIS IMPECIATI, a/k/a "FRANK IMPECIATI," | CONSENT ORDER REGARDING COMMENCEMENT OF THE HOME DETENTION CONDITION OF THE |
| Defendant. | COURT'S PROBATION SENTENCE |

**THIS MATTER** having come before the Court on the motion of Defendant Francis Impeciati, a/k/a Frank Impeciati, by and through and his attorneys, Arseneault, Whipple, Farmer, Fassett & Azzarello, LLP (John C. Whipple, Esq. appearing), for an Order extending the start date of the home detention portion of the Defendant's sentence and the United States (V. Grady O'Malley, Assistant United States Attorney) having consented to the application, and the Court having considered the reasons set forth by the Defendant, and good cause having been shown,

IT IS on this 23 day of July, 2008, **HEREBY ORDERED** that the five (5) month home detention sentence of this Court as a condition of probation shall commence on Tuesday, September 2, 2008 or on any following date at the discretion of the United States Probation Office.

**HONORABLE STANLEY R. CHESLER**
**UNITED STATES DISTRICT COURT**

**CONSENTED TO:**

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

By: _____
V. Grady O'Malley, Esq., A.U.S.A.
Assistant United States Attorney


ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP
Attorneys for Defendant Frank Impeciati

By: _____
John C. Whipple, Esq.