# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

ARSENEAULT, WHIPPLE,
FASSETT & AZZARELLO, LLP
John C. Whipple, Esq. (JW 1591)
560 Main Street
Chatham, NJ 07928
(973) 635-3366
*Attorneys for Defendant Francis Impeciati*

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler, U.S.D.J. |
| v. | Crim. No. 07-625 |
| BLUE RIDGE ERECTORS INC., FRANCIS IMPECIATI, | **ORDER TO TERMINATE PROBATION AND DISCHARGE DEFENDANT** |
| Defendants. | **Electronically Filed** |

THIS MATTER having come before the Court on the application of Defendant Francis Impeciati ("Impeciati"), by his attorneys Arseneault, Whipple, Fassett & Azzarello LLP (John C. Whipple, Esq., appearing), pursuant to 18 U.S.C. § 3564(c) and Fed. R. Crim. P. 32.1(c), to terminate Impeciati's previously imposed term of probation and to discharge Impeciati; and both the United States Attorney's Office (Assistant U.S. Attorney Anthony Moscato, Jr. appearing) and the United States Probation Office having received notice of that application and having indicated that they do not oppose that application; and it appearing that on July 7, 2008, the Court sentenced Impeciati to non-custodial probation for a term of five years; and it further appearing that, as a condition of probation, the Court ordered a special condition of five (5) months home confinement, the Court ordered Impeciati to pay a special assessment of $25.00;

and it further appearing that the Court also ordered Impeciati to pay a fine of $13,500.00; and it further appearing that Impeciati has served in excess of two (2) years of his five-year term of probation; and it further appearing that Impeciati has fully paid both his fine and his special assessment, has severed his term of home confinement, and has fully complied with all other conditions of his probation; and for good cause shown;

IT IS on this 21 day of Oct, 2010,

ORDERED that the foregoing application be, and hereby is, GRANTED; and it is further

ORDERED that, pursuant to 18 U.S.C. § 3564(c), the previously imposed term of probation imposed upon Impeciati be, and hereby is, TERMINATED, and Impeciati be, and hereby is, DISCHARGED.

HONORABLE STANLEY R. CHESLER
**UNITED STATES DISTRICT COURT**